**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed October 29, 2019.**



In The

# Fourteenth Court of Appeals

### NO. 14-19-00496-CV

## IN RE SAILUN GROUP CO., LTD., Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**133rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-58759**

---

## MEMORANDUM OPINION

On June 24, 2019, relator Sailun Group Co., Ltd., filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Jaclanel McFarland, presiding judge of the 133rd District Court of Harris County, to set aside her June 3, 2019 order granting the real parties in interest's motion for entry upon property and for inspection of relator's tire manufacturing facility.

On October 21, 2019, relator filed an unopposed motion to dismiss this original proceeding because the parties have settled the underlying case and it has been dismissed. Therefore, relator's request for relief is now moot. The motion is granted.

Accordingly, relator's petition for writ of mandamus is ordered dismissed and the our stay entered on July 2, 2019, is lifted.

PER CURIAM

Panel consists of Justices Christopher, Bourliot, and Zimmerer.